MELANIE A. HILL, ESQ.
Nevada State Bar No. 8796
LAW OFFICE OF MELANIE HILL
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Tel: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorney for Defendant Victor Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VICTOR WILLIAMS,<br><br>　　　　Defendant. | Case No: 2:12-cr-00175-KJD-RJJ-1<br><br>**DEFENDANT VICTOR WILLIAMS'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW appointed counsel Melanie A. Hill, Esq. counsel for defendant Victor Williams, and hereby moves this Court for an Order directing the Probation Department to prepare a Pre-Plea Presentence Investigation Report on Defendant Victor Williams determining his criminal history category for the following reasons:

1) It appears that Defendant Williams may be subject to substantially different sentencing ranges depending upon his verified criminal history. Defendant Williams's decision regarding how to proceed may be drastically impacted by his sentencing exposure in this regard. The pre-plea presentence report determining

Defendant's criminal history category will promote judicial economy and aid in the manner in which this case is ultimately resolved.

2) Undersigned counsel therefore respectfully requests an order directing the Department of Probation to conduct a pre-plea presentence investigation report determining Defendant's criminal history category as soon as possible.

3) Undersigned counsel has spoken to the prosecutor, Assistant United States Attorney Phillip Smith, regarding this request and he has no opposition.

DATED this 3rd day of September, 2012.

LAW OFFICE OF MELANIE HILL

/s/ Melanie A. Hill
Melanie A. Hill, Esq.
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Tel:  (702) 362-8500
Fax:  (702) 362-8505
Melanie@MelanieHillLaw.com
*Counsel for Defendant Victor Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR WILLIAMS,<br><br>    Defendant. | Case No: 2:12-cr-00175-KJD-RJJ-1<br><br>**ORDER GRANTING DEFENDANT VICTOR WILLIAMS'S UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT** |

**ORDER**

IT IS HEREBY ORDERED that the Probation Department will prepare a Pre-Sentence Investigation Report on Defendant Victor Williams determining his criminal history category and make it available to counsel on or before September 24, 2012.

DATED this  22d  day of Qevqdgt, 2012.

_____
UNITED STATES OCJ KUVTCVG JUDGE

4